IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01054-WDM-CBS

ERICA BOUDREAUX,

    Plaintiff,

v.

LIEUTENANT GLEN WILSON, et al.,

    Defendants.

_____

**ORDER OF DISMISSAL OF CERTAIN PARTIES ONLY**
_____

The court construes Plaintiff's Unopposed Motion to Dismiss Parties Without Prejudice (doc. no. 5). in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed without prejudice as to Mesa County Board of County Commissioners, Mesa County Sheriff's Office and Employees of Mesa County Sheriff's Department John Doe(s) 11-20 only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on May 11, 2009.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge

PDF FINAL