**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   09-cv-01054-WDM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   January 19, 2010** | **Courtroom Deputy:**   Linda Kahoe |

ERICA BOUDREAUX, *et al.*,                                   Marc A. Monroe

    Plaintiff,

    v.

GLENN WILSON, *et al.*,                                   Sarah Elizabeth McCutcheon

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        10:44 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Defendants' Motion for Protective Order to Prohibit Discovery Regarding Non-Relevant Information, doc #[50], filed 1/11/2010.

The court cites relevant case law.

The court advises counsel to follow its procedures to contact the court prior to filing motions.

The court suggests that counsel submit the documents for *in camera* review, and to provide a copy to Plaintiff's counsel for "attorney's eyes only."

Ms. McCutcheon makes an oral motion to withdraw her Motion for Protective Order and requests to submit the documents for *in camera* review only.

**ORDERED**:   Defendants' Motion for Protective Order to Prohibit Discovery Regarding Non-Relevant Information, doc #[50] is **WITHDRAWN** without prejudice to Defendants' right to refile the motion depending on the outcome of the court's *in camera* review.  The documents for *in camera* review must be submitted to the court no later than **5:00 p.m. on JANUARY 20, 2010.**

HEARING CONCLUDED.
**Court in recess:        11:15 a.m.**
Total time in court:     00:31

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.