# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 09-cv-01054-WDM-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** July 28, 2010 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| ERICA BOUDREAUX, | Marc A. Monroe |
| Plaintiff, | |
| v. | |
| GLENN WILSON, *et al.,* | Sarah Elizabeth McCutcheon |
| Defendants, | |
| and | |
| STAN HILKEY, | Alan N. Hassler |
| Interested Party. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 8:24 a.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding Motion to Quash Subpoena, doc #[69], filed 6/30/10.

Mr. Hassler presents arguments.

Ms. McCutcheon presents arguments.

Mr. Monroe presents arguments.

For the reasons as stated on the record, it is:

**ORDERED:** The Motion to Quash Subpoena, doc #[69] is **DENIED**.  Exercising its discretion under Rule 45(c), the court modifies the subpoena in accordance with the court's comments and rulings from the bench.

Mesa County or representatives of Mesa County are not required to produce I.A.B. investigation files regarding complaints or allegations of wrong doing by Deputy Glenn Wilson.

Mesa County is required to produce records reflecting citations or commendations.

Mesa County is required to produce documents from Mr. Wilson's personnel files that reflect or memorialize job performance, job reviews and evaluations.

The court, having been advised there are no records regarding eligibility for rehire, counsel shall certify that statement.

To the extent that any correspondence with the Town of Meeker or Town of Meeker Police Department regarding Glenn Wilson exists, it must be produced.

Discussion regarding fees and expenses.

Discussion regarding the supplemented protective order.  The court suggests that the parties should agree that the documents produced in response to the subpoena be stamped "confidential" and produced subject to the protective order.


HEARING CONCLUDED.

**Court in recess**: **10:07 a.m.**
Total time in court:   01:43


To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.