IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-01054-WDM-CBS

ERICA BOUDREAUX, as an individual,
wife and next of kin of CHIRS BOUDREAX, and
as personal representative of the Estate of CHRIS BOUDREAU,

      Plaintiff,

v.

LIEUTENANT GLENN WILSON, individually and
in his capacity as a City of Meeker Police Officer;
MIKE WASHBURN, individually and
in his capacity as a City of Meeker Police Officer;
ROBERT HARVEY, individually and
in his capacity as Chief of Police of the City of Meeker Police Department,
JOHN DOE(S) 1-10,
THE TOWN OF MEEKER

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record (*doc. #85)* is GRANTED.  Attorney Marc A. Monroe is relieved of any further representation of *Plaintiff* in the above captioned matter.  The Clerk of Court is instructed to terminate electronic notification to attorney Marc A. Monroe and to remove him from the Notice of Electronic Filing.

**DATED:**      November 8, 2010